UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> A. BEST CONTRACTING CO., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1647 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On August 23, 2005, service of the Summons and Complaint in this action was made by U.S. Postal Service Express Mail upon A. Best Contracting Co., Inc., by delivering said documents at Krauss & Zlotlow, 888 Seventh Avenue, 11th Floor, New York, NY 10106-0299 to Counsel for Defendant, Richard Krauss, Esq., who has accepted service on behalf of Defendant.

3. Proof of such service and the acceptance thereof is provided by the Acknowledgment of Receipt of Summons and Complaint form, executed by Richard Krauss, Esq., counsel to Defendant, A. Best Contracting Co. Inc., attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2005

_____
Claudette M. Elmes