**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,

        Plaintiffs,

        v.

A. BEST CONTRACTING CO., INC.,

        Defendant.

Civil Action No. 05-1647 (RBW)

Notice and Acknowledgment of
Receipt of Summons and Complaint

## NOTICE

To: A. Best Contracting Co., Inc., 39-63 63rd Street, Woodside, NY 11377.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), which authorizes service of process "pursuant to the law of the state in which the district court is located," an original Summons, addressed to A. Best Contracting Co., Inc., and Complaint have been served upon you in accordance with Rule 4(c)(2)(C)(2)(i) of the Rules of Civil Procedure of the Superior Court of the District of Columbia.

You must sign and date the Acknowledgment. You have been served on behalf of a corporation. Therefore, we have indicated your authority under your signature block.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving the Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the Complaint within twenty (20) days after

you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken for the relief demanded in the Complaint.

This Notice and Acknowledgment of Receipt of Summons and Complaint was sent by U.S. Postal Services Express Mail on _August 23,_ 2005.

_August 23, 2005_

Date of Signature

By: _Ira R Mitzner_

Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP

Attorneys for Plaintiffs
John Flynn, *et al.*

ACKNOWLEDGMENT OF RECEIPT
OF SUMMONS AND COMPLAINT

I received an original Summons addressed to A. Best Contracting Co., Inc., and a copy of the Complaint in the above-captioned matter at Friedman, Krauss & Zlotolow, 888 Seventh Avenue, 11th Floor, New York, NY 10106-0299 and accept service on behalf of A. Best Contracting Co., Inc.

_10|14|05_

Date of Signature

By: _Richard Krauss_

Richard Krauss, Esquire
Counsel to
A. Best Contracting Co., Inc.

2