CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FLYNN, et al.,
        Plaintiffs,   )
                           )
     vs.                )   Civil Action No. 05-1647 (RBW)
                           )
                           )
A. BEST CONTRACTING COMPANY, INC. )
        Defendant.

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 19th day of October, 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____August 24, 2005_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                                /s/ Ira R. Mitzner
                                               Attorney for Plaintiff(s) [signature]
                                               Ira R. Mitzner
                                               Dickstein Shapiro Morin & Oshinsky LLP
184564                                         2101 L Street, NW, Washington DC 20037
Bar Id. Number                          Address and Telephone Number
                                                (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>A. BEST CONTRACTING COMPANY, INC.,<br><br>　　　　　Defendant. | Civil Action No. 05-1647<br>Judge: Reggie B. Walton |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, N.W.
>Washington, D.C. 20037-1526
>Telephone: (202) 828-2234
>Facsimile   (202) 887-0689
>
>Richard A. Krauss, Esquire
>Friedman, Krauss & Zlotlow
>888 Seventh Avenue, 11th Floor
>New York, NY 10106-0299
>(212) 247-5990