Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al
    Plaintiff(s)

Civil Action No. 1:05-cv-01647-RBW

v.

A. BEST CONTRACTING COMPANY, INC.
    Defendant(s)

RE: A. BEST CONTRACTING COMPANY, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 23, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Laura Chipley_
    Deputy Clerk