UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1647 (RBW) |
| A. BEST CONTRACTING CO., INC. | ) | |
| Defendant. | ) | |

ORDER

On August 16, 2005, the plaintiffs filed a complaint bringing this action under Section 502(a)(3) of the Employee Retirement Security Income Act of 1974, 29 U.S.C. § 1132(a)(3) (2000), and seeking monetary and injunctive relief. On October 21, 2005, following an affidavit filed by the plaintiffs, the Clerk of the Court made an entry of default with respect to the defendant. Since the entry of default, however, the plaintiffs have made no effort to pursue prosecution of the above-captioned case. Accordingly, it is, this 27th day of December, 2005, hereby

**ORDERED** that the plaintiffs shall show cause by January 10, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge